UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH  )  )  MDL No. 2100  ) |

**This Document Relates To:**

| | |
|---|---|
| *Angela Jackson v. Bayer Pharma AG, et al.* | No. 12-cv-11447-DRH |
| *Rachal Kalb v. Bayer Pharma AG, et al.* | No. 12-cv-11395-DRH |
| *Carley Riselay v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10458-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 13, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.14 15:50:03 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT